IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRIDGESTONE BRANDS, LLC )
and BRIDGESTONE AMERICAS TIRE )
OPERATIONS, LLC )
    )
v. ) NO. 3:14-2402
    )
OTR WHEEL ENGINEERING, INC. )

**O R D E R**

On February 5, 2016, the parties filed a joint status report of their settlement discussions indicating that a settlement was likely in this case.

By Order entered April 19, 2016, Docket Entry No. 33, the parties were directed to file an updated status report by **May 16, 2016**, or if the case has been resolved and an order entered closing the case prior to May 16, 2016, no report would be necessary.

To-date, no report has been filed, and the case is still open. Counsel is once again directed to submit an updated status report by no later than **June 17, 2016**, and/or submit an order closing the case. Counsel are reminded that their dispositive motion deadline is July 29, 2016, trial is scheduled for February 14, 2017, and most of their other deadlines have passed. *See* Docket Entry No. 24.

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge